IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40260
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS ARRIAGA-PARDO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CR-218-01
- - - - - - - - - -
September 26, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Jose Luis Arriaga-Pardo appeals the district court's decision to allow a trial witness to testify in English about a conversation that the witness held in Spanish. We find no error in the district court's decision. See United States v. Villalta, 662 F.2d 1205, 1206-07 (5th Cir. 1981), cert. denied, 456 U.S. 916 (1982).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.